

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

-------------------------------------------------------------------------------------

UNITED STATES OF AMERICA,                    CIV06-4044

      Plaintiff,

vs.                                          **ORDER CONFIRMING SALE**

FRANCELIA M. HAMMER, Borrower,
COUNTY OF MOODY, a political
subdivision of the State of South
Dakota, and RESURGENT CAPITAL
SERVICES, its successors or assigns,

      Defendants.

-------------------------------------------------------------------------------------

Pursuant to the Marshal's Return and Report of Sale (DE 44), and no

exception to the sale having been filed, and good cause appearing, it is hereby

ORDERED, ADJUDGED AND DECREED that the sale conducted by the

United States Marshal, and the United States Marshal's Return and Report of

Sale on file herein, are in all respects fully approved and confirmed, and it is

further

ORDERED, ADJUDGED AND DECREED that the account of the Defendant

Francelia H. Hammer be credited in the amount of $26,291.58, for the bidback of

the Department of Housing and Urban Development, and

FURTHER ORDERED, ADJUDGED AND DECREED that the Marshal shall

provide the United States of America on behalf of the Department of Housing and

Urban Development, with a Marshal's Deed to the property purchased herein.

Dated: June 30 , 2010.

BY THE COURT:

LAWRENCE L. PIERSOL
United States District Judge

ATTEST:
Joseph Haas, Clerk

By
Deputy Clerk